**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

HAROLD A. FLORES,

Plaintiff,

-against-

ENTERGY NUCLEAR OPERATIONS, INC.,
Defendant.
------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:                           │
│ DATE FILED:  5/31/18             │
└─────────────────────────────────┘
```

16 **CIVIL** 7207 (CS)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated May 31, 2018, Defendant's motion for summary

judgment is GRANTED, and Defendant's motion for sanctions is GRANTED insofar as the

Court awards Defendant $2,399.00 in attorneys' fees pursuant to Rule 37. Plaintiff's federal

claims are DISMISSED with prejudice and his state claims are DISMISSED without prejudice.

Plaintiff shall pay the sanctions award of $2,399.00 to Defendant by July 16, 2018, unless he

submits a financial affidavit (listing all income, expenses, assets, and liabilities) and a proposed

payment schedule by July 2, 2018, in which case the Court will consider letting Plaintiff pay in

installments; accordingly, the case is closed.

**Dated:** New York, New York
       May 31, 2018

**RUBY J. KRAJICK**

_____
**Clerk of Court**

BY:

_____
**Deputy Clerk**